UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-12-022-JLQ |
| Plaintiff, | ) | |
| | ) | ORDER DENYING DEFENDANT'S |
| v. | ) | MOTION FOR RECONSIDERATION |
| | ) | OF DETENTION |
| STEVEN D. ROCHE, | ) | |
| | ) | ☑   MOTION DENIED |
| Defendant. | ) | **(ECF No. 21)** |
| | ) | |

Date of bail review hearing: **June 19, 2012.**

☑    In light of the allegations surrounding Defendant's arrest and criminal history, there is insufficient information presented to reasonably assure Defendant's future appearance.

☑    There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

**IT IS ORDERED** Defendant's Motion for release from custody **(ECF No. 21)** is **DENIED**. Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

DATED June 25, 2012.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF DETENTION   1