PROB 12C
(7/93)

Report Date: June 25, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 25 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven D. Roche                Case Number: 0980 2:12CR00022-WFN-1

Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 7, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison 18 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: December 4, 2013 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: December 3, 2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On June 23, 2014, the undersigned officer left a voicemail directing Mr. Roche to report to the U.S. Probation Office. To date, Mr. Roche has failed to report as directed.

2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: On June 13, 2014, the undersigned officer was notified by Mr. Roche's employer that he was terminated from Spokane Quick Lube for excessive absences. On June 16, 2014, Mr. Roche reported his termination from Spokane Quick Lube, and stated that he was now employed by Snow's Auto. On June 24, 2014, the undersigned officer interviewed the manager at Snow's Auto, who reported Mr. Roche is not employed there.

Prob12C
Re: Roche, Steven D
June 25, 2014
Page 2

3   **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

   **Supporting Evidence**: On June 23, 2014, Mr. Roche's wife reported that Mr. Roche had not been home since June 19, 2014, and that his whereabouts were unknown. She further stated that for the last month, he has not consistently stayed at his last reported residence. In fact, she reported that he stays there once a week. To date, Mr. Roche has not reported a change of address.

4   **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

   **Supporting Evidence**: Steven Roche has failed to report his current residence to the probation office.

5   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Steven Roche failed to report for urinalysis testing as scheduled on June 24, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of Steven D. Roche to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/25/2014

s/ Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/25/14

Date