Case 2:12-cr-00022-JLQ    Document 85    Filed 08/18/14

PROB 12C
(7/93)

Report Date: August 14, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2014

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven D Roche    Case Number: 0980 2:12CR00022-JLQ-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 7, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison -18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George G. Jacobs, III | Date Supervision Commenced: | December 4, 2013 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | December 3, 2016 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/25/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: During the period of time the defendant absconded from supervision, it is alleged that he committed multiple fraudulent crimes. Specifically, within the City of Spokane, from June 27, 2014 to July 23, 2014, an on-going investigation reveals that Mr. Roche issued multiple fictitious checks, with a known financial loss to the victims of $6,143.23. The filing of charges for those matters is pending. In another investigation within the City of Spokane, it is alleged that during the month of July 2014, Mr. Roche wrote multiple fake checks purchasing various jewelry items, with a total loss to the victim of $9,314. The Spokane County Prosecutor for that case has indicated that he will proceed with felony charges once the federal supervised release matter is resolved. On July 11, 2014, Mr. Roche used his deceased mother's credit card to purchase $300 worth of gift cards, and withdrew $50. Charges have not been filed in that matter. On July 15, 2014, Steven Roche traveled to Ponderay, Idaho, where he wrote a fake check for $11,959. That matter has been forwarded to the Bonner County Prosecutor's Office. Additionally, there is an open investigation with the Coeur d'Alene Police Department in reference to Mr. Roche depositing a fictitious check into his checking account. On July 22, 2014, authorities were notified in the City of Spokane and Coeur d'Alene that Steven Roche had written checks on unauthorized business accounts. These investigations are pending. |

Prob12C
**Re: Roche, Steven D**
**August 14, 2014**
**Page 2**

|   |   |
|---|---|
| 7 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |

**Supporting Evidence**: On July 15, 2014, Steven Roche traveled to Ponderay, Idaho. Mr. Roche did not have permission to travel outside of the district.

8  **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: When Mr. Roche was arrested by U.S. Marshals' deputies, he was in a motel room with Carmen Fowler. Ms. Fowler is a convicted felon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/14/2014

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/18/2014
Date